UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 05-162 (JLL)

v. :

RONALD HOLLIS : CONTINUANCE ORDER

This matter having come before the Court on the application of the United States of America (Michael A. Hammer, Assistant U.S. Attorney, appearing) and the defense (K. Anthony Thomas, Esq., Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and it appearing that the parties are continuing to exchange and review discovery; and it further appearing that the discovery in this case involves tax returns and tax-related documents for numerous individuals spanning multiple years and is therefore voluminous; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant has consented to the aforementioned continuance;

2. The discovery in this case is voluminous and the parties require additional time to review it, to prepare pretrial motions; and

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18, United States Code, Sections

3161(h)(1)(F) and (h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE it is on this ___2nd___ day of ~~August~~ Sept. 2008,

ORDERED that the parties' motion is granted and that the proceedings in the above-captioned matter be, and hereby are, adjourned to the following dates:

1. Defense motions shall be filed by February 2, 2009;

2. The Government shall file its reply to defendant's motions by March 2, 2009;

3. The motions shall be returnable on April 1, 2009;

4. Trial in this matter shall commence on May 4, 2009; and

5. The resulting delay in the commencement of trial shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Hon. Jose L. Linares
United States District Judge

The undersigned hereby consent to the form
and entry of the above Order

CHRISTOPHER J. CHRISTIE
United States Attorney


By: Michael A. Hammer, AUSA

K. Anthony Thomas, Esq.
_____
Counsel for Defendant Ronald Hollis

2