UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Jose L. Linares

                    v.        :      Crim. No. 05-162 (JLL)

RONALD HOLLIS                 :      CONTINUANCE ORDER

      This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by John M. Fietkiewicz, Senior Litigation Counsel, and Randall H. Cook, Assistant U.S. Attorney), and defendant Ronald Hollis (by K. Anthony Thomas, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  The parties are actively engaged in settlement negotiations, the resolution of which would render trial of this matter unnecessary;

2.  Defense counsel is currently actively engaged in several trials that, until resolved, would prevent effective litigation of the present matter;

3.  Defendant has consented to the aforementioned continuance; and

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____24th_____ day of March, 2009,

IT IS ORDERED that defense motions shall be filed by June 1, 2009; the government's reply shall by filed by June 22, 2009; the defense sur-reply, if any, shall be filed by June 29, 2009; the schedule for argument of the motions, if any, is to be determined by the Court; and the trial is scheduled for September 15, 2009; and

IT IS FURTHER ORDERED that the period from (and including) April 1, 2009, through (and including) September 15, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. JOSE L. LINARES
United States District Judge

2

Form and entry
consented to:

_____

Randall H. Cook
Assistant U.S. Attorney


_____

K. Anthony Thomas, Esq.
Counsel For defendant Ronald Hollis

3