UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Jose L. Linares

    v.        :        Crim. No. 05-162 (JLL)

RONALD HOLLIS        :        <u>CONTINUANCE ORDER</u>


   This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney), and defendant Ronald Hollis (by K. Anthony Thomas, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

   IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

   1. Trial of this matter is scheduled for June, 2010;

   2. Defendant has consented to the aforementioned continuance; and

   3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___16th___ day of February, 2010,

IT IS ORDERED that the period from (and including) February 17, 2009, through (and including) July 1, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

Randall H. Cook
Assistant U.S. Attorney

K. Anthony Thomas, Esq.
Counsel for defendant Ronald Hollis

2