**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 05-162 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD HOLLIS, | |
| Defendant. | |

Oral argument on the *motions in limine* filed by the Government and Defendant are scheduled for June 14, 2010, at 1:30 PM before this Court in Courtroom 5D. Therefore, the trial in this case is rescheduled from June 14, 2010, to Tuesday, June 15, 2010. Jury selection will begin at 9:30 AM on June 15.

IT IS on this 2nd day of June 2010, **SO ORDERED.**

_____
Jose L. Linares
United States District Judge